```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA,           :   DECLARATION OF PUBLICATION
                                    :   06 Cr. 316 (CM)
        -v-                         :
                                    :
STEVEN MARK RUBINSTEIN,             :
     a/k/a "DaddyMark,"             :
     a/k/a "Mark49,"                :
     a/k/a "Marrk49,"               :
     a/k/a "Steven1313,"            :
     a/k/a "Steven13,"              :
                                    :
              Defendant.            :
------------------------------------x
```

I, SHARON COHEN LEVIN, pursuant to Title 28, United States Code, Section 1746, hereby declare under the penalty of perjury:

That I am an Assistant United States Attorney in the office of the United States Attorney for the Southern District of New York, and

That attached to this declaration are (1) a true and correct copy of a notice of civil forfeiture in this action, and (2) a true and correct copy of an Advertisement Certification Report, indicating that the aforementioned notice was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on April 30, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and

That both of the documents were obtained from a Consolidated Asset Tracking System maintained by the Department of Justice.

Dated:  New York, New York
        June 22, 2009

                                        _____/s/_____
                                        SHARON COHEN LEVIN

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
COURT CASE NUMBER: 06 CR. 316; NOTICE OF FORFEITURE

Notice is hereby given that on April 01, 2009, in the case of <u>U.S. v. Steven Mark Rubinstein</u>, Court Case Number 06 CR. 316, the United States District Court for the Southern District of New York entered an Order condemning and forfeiting the following property to the United States of America:

> Any and all computer equipment seized from the defendants residence on March 6, 2006, including One Digital Staron 700I CPU, One Dell Inspirion 8200 Laptop Computer, One D-Link USB 2.0 Port Card Bus, One D-Link Air Plus-DWL G650 Port Card, One powercord, One thumbdrive, Two Iomega 100MB zip disks, and Two Fuji file 100MB zip disks, seized at 23 Tree Top Lane, located in Poughkeepsie, NY (06-FBI-004876).

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (April 30, 2009) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, United States Courthouse, 300 Quarrapos Street, White Plains, NY 10601, and a copy served upon Assistant United States Attorney Sharon Cohen Levin, One Saint Andrews Plaza, New York, NY 10007. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

# Advertisement Certification Report

The Notice of Publication was available on the [www.forfeiture.gov](http://www.forfeiture.gov) web site for at least 18 hours per day between April 30, 2009 and May 29, 2009. Below is a summary report that identifies the uptime for each day within the 30-day period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Steven Mark Rubinstein

**Court Case No:** 06 CR. 316
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 04/30/2009 | 23.5 | Verified |
| 2 | 05/01/2009 | 23.5 | Verified |
| 3 | 05/02/2009 | 21.8 | Verified |
| 4 | 05/03/2009 | 23.5 | Verified |
| 5 | 05/04/2009 | 23.5 | Verified |
| 6 | 05/05/2009 | 23.5 | Verified |
| 7 | 05/06/2009 | 23.5 | Verified |
| 8 | 05/07/2009 | 23.5 | Verified |
| 9 | 05/08/2009 | 23.5 | Verified |
| 10 | 05/09/2009 | 23.5 | Verified |
| 11 | 05/10/2009 | 23.5 | Verified |
| 12 | 05/11/2009 | 23.5 | Verified |
| 13 | 05/12/2009 | 23.5 | Verified |
| 14 | 05/13/2009 | 23.5 | Verified |
| 15 | 05/14/2009 | 23.5 | Verified |
| 16 | 05/15/2009 | 23.5 | Verified |
| 17 | 05/16/2009 | 23.5 | Verified |
| 18 | 05/17/2009 | 23.5 | Verified |
| 19 | 05/18/2009 | 23.5 | Verified |
| 20 | 05/19/2009 | 23.5 | Verified |
| 21 | 05/20/2009 | 23.5 | Verified |
| 22 | 05/21/2009 | 23.5 | Verified |
| 23 | 05/22/2009 | 23.5 | Verified |
| 24 | 05/23/2009 | 22.4 | Verified |
| 25 | 05/24/2009 | 23.5 | Verified |
| 26 | 05/25/2009 | 23.5 | Verified |
| 27 | 05/26/2009 | 23.5 | Verified |
| 28 | 05/27/2009 | 23.5 | Verified |
| 29 | 05/28/2009 | 23.5 | Verified |
| 30 | 05/29/2009 | 23.4 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.